■ In the Matter of ADAM CHRISTOPHER S. and Others, Children Alleged to be Neglected. DEBORAH D., Appellant; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [992 NYS2d 404]—

Order of disposition, Family Court, New York County (Stewart H. Weinstein, J.), entered on or about October 2, 2013, to the extent it brings up for review a fact-finding order, same court and Judge, entered on or about October 2, 2013, which found that respondent neglected the child Adam Christopher S. and derivatively neglected the other children, unanimously affirmed, without costs. Appeal from fact-finding order unanimously dismissed, without costs, as subsumed in the appeal from the order of disposition.

The finding of neglect is supported by a preponderance of the evidence, which demonstrates that respondent inflicted excessive corporal punishment on her son Adam, then eight years old. On one occasion she slapped Adam in the face, leaving red marks, and nine days later she beat him over the course of 10 hours, using a belt on his legs and attempting to pry his mouth open while trying to force him to eat (*see* Family Ct Act § 1046 [b]; *Matter of Joshua R.*, 47 AD3d 465 [1st Dept 2008], *lv denied* 11 NY3d 703 [2008]). That the physical injuries sustained by her son did not warrant medical attention does not preclude a finding of neglect against respondent based on excessive corporal punishment (*see Matter of Joseph C. [Anthony C.]*, 88 AD3d 478 [1st Dept 2011]). Further, the court found that respondent showed no remorse or insight into the impact of her conduct on her children.

By establishing that respondent neglected her son by using excessive corporal punishment on him, petitioner demonstrated respondent's derivative neglect of the other three children (Family Ct Act § 1046 [a] [i]; *Matter of Jason G. [Pamela G.]*, 3 AD3d 340 [1st Dept 2004], *lv denied* 2 NY3d 702 [2004]). Respondent's behavior demonstrated a level of parental judgment so impaired

as to create a substantial risk of harm to any child in her care (*see Matter of Vincent M.*, 193 AD2d 398, 404 [1st Dept 1993]). Concur—Friedman, J.P., Acosta, Saxe, Gische and Kapnick, JJ.